UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Debora Schneider, | ) | Civil Action No. 9:23-cv-03282-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT'S ANSWERS TO** |
| Jeffery Family Trust, | ) | **LOCAL RULE 26.01** |
| | ) | **INTERROGATORIES** |
| Defendant. | ) | |
| | ) | |

Defendant Jeffery Family Trust hereby answers Local Rule 26.01 Interrogatories as follows:

A.   State the full name, address and telephone number of all persons who may have a subrogation interest in each claim and state the basis and extent of said interest.

   **ANSWER:**

   **None.**

B.   As to each claim, state whether it should be tried jury or non-jury and why.

   **ANSWER:**

   **Plaintiff has demanded a jury trial on all legal claims.**

C.   State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent, partner, or affiliate; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

   **ANSWER:**

   **None.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

ANSWER:

**Plaintiff alleges damages occurred in this division. Moreover, complete diversity exists between the parties and the Plaintiff has admitted that the claimed damages exceeds $75,000.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER:

**This action is related to Gary Lynn Schneider v. Jeffrey Family Trust, 2022-CP-07-2240, which is being removed simultaneously with this action.  These actions arise out of the same incident.**

F.     [*Defendants Only*.]  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

ANSWER:

**None.**

G.     [*Defendants Only.*]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:**

**None at this time.**

H.     *Parties or Intervenors in a Diversity Case.*  In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**

**In Plaintiff's Complaint, she states that she is a resident of the state of Maryland. Further, in its Answer to the Complaint, Defendant is a trust created in the State of Massachusetts.**

                                                                Respectfully submitted,

                                                                s/ James B. Robey, III
                                                                James B. Robey, III, S.C. Bar No. 12437
                                                                RICHARDSON PLOWDEN & ROBINSON, P.A.
                                                                1900 Barnwell Street (29201)
                                                                P.O. Drawer 7788
                                                                Columbia, South Carolina 29202
                                                                Telephone:  (803) 771-4400
                                                                E-mail: jrobey@richardsonplowden.com
July 11, 2023                                                   *Attorney for Jeffery Family Trust LLC*
Columbia, SC